UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RIDGEWOOD ASSOCIATES, INC., a Nevada corporation; RIDGEWOOD ASSOCIATES, INC., a California corporation; and RICHARD ANDREW MALOTT, an individual,

          Plaintiffs,

    v.

MICHAEL TRUMPOWER, an individual; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,

          Defendants.
_____/

NO. CIV.S-06-1376 LKK/GGH

    The court is in receipt of the request for withdrawal as counsel of record by one of the attorneys representing defendant Michael Trumpower in this case.  The court GRANTS the request.

    IT IS SO ORDERED.

    DATED:  October 5, 2006.

                                                  LAWRENCE K. KARLTON
                                                 SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT

1