UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RIDGEWOOD ASSOCIATES, INC., a
Nevada corporation; RIDGEWOOD
ASSOCIATES, INC., a California
corporation; and RICHARD ANDREW
MALOTT, an individual,

        NO. CIV.S-06-1376 LKK/GGH

    Plaintiffs,

  v.

        O R D E R

MICHAEL TRUMPOWER, an individual;
DOES 1 through 10, inclusive;
and ROE CORPORATIONS 1 through 10,
inclusive,

    Defendants.
_____/

    On December 28, 2006, defendant Michael Trumpower provided notice that he withdrew his motion to dismiss (Docket No. 25). Accordingly, the motion is deemed withdrawn and the hearing on the motion, currently set for January 16, 2007, is VACATED.

    IT IS SO ORDERED.

    DATED: January 3, 2007.

                           /s/ Lawrence K. Karlton
                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT